```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06021
   CYNTHIA L RARRAT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-3472


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/14/2008 and was confirmed 05/29/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 10/30/2008.
-------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
   ARROW FINANCIAL SERVICES NOTICE ONLY     NOT FILED          .00          .00
   ASSOCIATED CREDIT SERVIC NOTICE ONLY     NOT FILED          .00          .00
   CCA ED REHABILITATION DE NOTICE ONLY     NOT FILED          .00          .00
   CITIBANK                 UNSECURED       NOT FILED          .00          .00
   CITIBANK                 UNSECURED       NOT FILED          .00          .00
   CREDIT RECOVERY INC      NOTICE ONLY     NOT FILED          .00          .00
   SUBURBAN EMERGENCY PHYSI UNSECURED       NOT FILED          .00          .00
   GE MONEY BANK            UNSECURED         1192.79          .00          .00
   ISAC                     UNSECURED         2304.56          .00          .00
   VILLAGE OF ORLAND PARK   UNSECURED          276.46          .00          .00
   INNOVATIVE BANK          UNSECURED         3701.52          .00          .00
   KOLODZIEJ EISEN & FEY    NOTICE ONLY     NOT FILED          .00          .00
   JOSEPH MANN & CREED      NOTICE ONLY     NOT FILED          .00          .00
   LAMONT HANLEY & ASSOC    NOTICE ONLY     NOT FILED          .00          .00
   LEASE FINANCE GROUP      UNSECURED       NOT FILED          .00          .00
   MERCHANTS CREDIT GUIDE C UNSECURED       NOT FILED          .00          .00
   NICOR GAS                UNSECURED       NOT FILED          .00          .00
   PALOS COMMUNITY HOSPITAL UNSECURED       NOT FILED          .00          .00
   PIERCE & ASSOCIATES      NOTICE ONLY     NOT FILED          .00          .00
   PRONGER SMITH            UNSECURED           10.00          .00          .00
   RADIOLOGY & NUCLEAR CONS UNSECURED       NOT FILED          .00          .00
   VILLAGE OF TINLEY PARK   UNSECURED       NOT FILED          .00          .00
   VILLAGE OF TINLEY PARK   UNSECURED         1000.00          .00          .00
   VILLAGE OF TINLEY PARK   UNSECURED       NOT FILED          .00          .00
   SMITS FUNERAL HOME       UNSECURED       NOT FILED          .00          .00
   TARGET                   UNSECURED       NOT FILED          .00          .00
   TINLEY PARK ORTHODONTIC  UNSECURED       NOT FILED          .00          .00
   TRANSWORLD SYSTEMS       NOTICE ONLY     NOT FILED          .00          .00
   YELLOW BOOK              UNSECURED          804.00          .00          .00
   CARLY RARRAT             NOTICE ONLY     NOT FILED          .00          .00
   AMERICAN HONDA FINANCE C SECURED NOT I    19705.13          .00          .00
   AMERICAN HONDA FINANCE C UNSECURED       NOT FILED          .00          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06021 CYNTHIA L RARRAT
```

```
BLUEGREEN CORP           SECURED         7199.00              .00              .00
CARMAX AUTO FINANCE      SECURED VEHIC  17319.34           380.65          1471.95
CARMAX AUTO FINANCE      UNSECURED     NOT FILED              .00              .00
CHRYSLER FINANCIAL SVC A SECURED VEHIC   8212.99           185.24           902.69
CHRYSLER FINANCIAL SVC A UNSECURED     NOT FILED              .00              .00
COOK COUNTY TREASURER    SECURED         5421.68              .00           655.94
HOME LOAN SERVICES INC   CURRENT MORTG       .00              .00              .00
HOME LOAN SERVICES INC   MORTGAGE ARRE       .00              .00              .00
LEGAL HELPERS PC         DEBTOR ATTY     2,500.00                          1,678.07
TOM VAUGHN               TRUSTEE                                             445.46
DEBTOR REFUND            REFUND                                                 .00
```

Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  5,720.00

PRIORITY                                              .00
SECURED                                          3,030.58
   INTEREST                                        565.89
UNSECURED                                             .00
ADMINISTRATIVE                                   1,678.07
TRUSTEE COMPENSATION                               445.46
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   5,720.00                5,720.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/24/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 08 B 06021 CYNTHIA L RARRAT